## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-20340-CR-WILLIAMS(s)

UNITED STATES OF AMERICA

v.

OMALISS KEO,
MASPHAL KRY,
JAMES LAU,
DICKSON LAU,
SUNNY CHAN,
RAPHAEL CHEUNG MAN,
SARAH YEUNG, and
HING IP CHUNG,

_____ Defendants. / ·

### MOTION TO UNSEAL

The United States of America, by and through its undersigned attorney respectfully requests that the Superseding Indictment and arrest warrants in the captioned matter be UNSEALED since the circumstances justifying the original sealing of this matter have materially changed, and the United States has effected he arrest of one of the defendants herein.·

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
Thomas A. Watts-FitzGerald
Assistant U. S. Attorney
Florida Bar No. 0273538
99 N.E. 4th Street
Miami, FL 33132
(305) 961- 9413 Office
(305) 536- 4651 Facsimile