UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20340-CR-WILLIAMS(s)

UNITED STATES OF AMERICA

v.

OMALISS KEO,
MASPHAL KRY,
JAMES LAU,
DICKSON LAU,
SUNNY CHAN,
RAPHAEL CHEUNG MAN,
SARAH YEUNG, and
HING IP CHUNG,

                                    Defendants. /
_____

## UNSEALING ORDER

The United States of America, having applied to this Court for an Order unsealing the

Superseding Indictment and arrest warrants previously sealed in this matter, and the Court finding

good cause:

**IT IS HEREBY ORDERED** that the Clerk of the Court shall unseal the file in this matter

and place the Superseding Indictment, arrest warrants, and such other documents and Orders

related to this case in the public record.

**DONE AND ORDERED** at Miami, Florida, this _____16th_____ day of November 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

cc:      AUSA (Watts-FitzGerald)
            Clerk of the Court
            U.S. Marshalls