# Exhibit L

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

299 ALHAMBRA, LLC, a Delaware
limited liability company,

      Plaintiff,

v.                                           CASE NO. 2023-026121-CA 01

CG OFFICE SPE, LLC, a Florida limited liability company;
RISHI KAPOOR;
PAREDES ARCHITECTS, INC., a Florida corporation;
CITY OF CORAL GABLES; and
UNKNOWN TENANTS 1 – 46,

      Defendants.
_____/

## CONSENT SUMMARY FINAL JUDGMENT OF FORECLOSURE[1]

This action came before the Court on _____, upon Plaintiff's Motion for Summary Final Judgment of Foreclosure. The Court, having reviewed the file, noting the agreement of the Plaintiff, 299 Alhambra, LLC, and the federal and state court receivers of the borrower/defendant, CG Office SPE, LLC, identified below in footnote 1, and being further advised in the premises:

**ORDERS AND ADJUDGES** that:

1. Plaintiff, 299 ALHAMBRA, LLC, a Delaware limited liability company, 1209 Orange Street, Wilmington, DE 19801, is due:

| Description | Amount |
|---|---:|
| Unpaid Principal | $ 11,750,000.00 |
| Accrued interest as of February 16, 2024 | $ 1,692,000.00 |
| Annual Principal Increase of 2023 | $ 110,000.00 |
| Principal Interest (Annual Principal Increase of 2023) | $ 6,453.33 |

---

[1] Plaintiff, 299 Alhambra, LLC, the federal court receiver in Case No. 23-24903-CIV-ALTONAGA, Bernice Lee [See DE 142] appointed over the companies set forth therein, including Urbin Coral Gables Partners, LLC, which is the authorized member and 100% owner of CG Office SPE, LLC, and the state court receiver in the above styled case, Orlando Abella [See DE 132], have all consented to this final judgment of foreclosure.

CASE NO. 2023-026121-CA 01

| | |
|---|---:|
| Protected Advance 1 (RET Deficiency 2023) | $ 9,634.74 |
| Protected Advance 1 Interest (RET Deficiency 2023) | $ 584.51 |
| Protected Advance 2 (Insurance Deficiency 2023-2024) | $ 400,457.50 |
| Protected Advance 2 Interest (Insurance Deficiency 2023-2024) | $ 9,344.01 |
| Lender Costs (Attorneys' fees $100,000.00 and court costs $12,278.51) | $ 112,598.75 |
| MINUS Lockbox Rents Received by Lender | $ (302,575.62) |
| | |
| **TOTAL through February 16, 2024** | **$ 13,788,497.22**[2] |

that shall bear interest at the rate of 9.09% per year. The Court finds that there is no genuine dispute of material fact that: (a) Plaintiff is the owner and holder of the promissory notes subject to this foreclosure action; (b) the promissory notes are in default for, *inter alia*, CG Office SPE LLC's failure to make the July 2023 payment or any payment due thereafter; (c) Plaintiff has been damaged in the sums set forth in the preceding paragraph and Plaintiff is entitled to this summary final judgment of foreclosure as a matter of law.

2.   Plaintiff, 299 Alhambra, LLC, holds a lien for the total sum superior to all claims or estates of defendants, CG Office CPE, LLC, Paredes Architects, Inc., and City of Coral Gables, on the following described real property in Miami-Dade County Florida:

> **Lots 43, 44, 45, 46, 47 and 48, Block 25, Coral Gables Section "K", according to the map or plat thereof as recorded in Plat Book 8, Page 33, Public Records of Miami-Dade County, Florida.**
>
> **Parcel Identification Number 03-4108-006-2200**

(hereinafter the "Property").

3.   If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the clerk of this court shall sell the Property at public sale on _____, 2024, at 9:00 A.M. to the highest bidder for cash, except as prescribed in paragraph 5, in accordance with section 45.031, Florida Statutes, using the following method:

---

[2] This figure is subject to a daily *per diem* of $7,833.33 on both promissory notes subject to the foreclosure. It also subject to a daily *per diem* of $276.59 on the protective advances incurred by Lender to date. As part of this Consent Summary Final Judgment of Foreclosure, Plaintiff is permitted to update this total payoff figure to include any additional interest, costs, protective advances (including default interest accrual on any such protective advances), fees, or other expenses accruing after February 16, 2024 and to the extent authorized under, and consistent with, the loan documents, and to seek taxation of same from the Court.

2

CASE NO. 2023-026121-CA 01

- **By electronic sale beginning at 9:00 A.M. on the prescribed date at www.miamidade.realforeclose.com**.

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if Plaintiff is not the purchaser of the Property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If Plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

5. On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of Plaintiff's costs; second, documentary stamps affixed to the certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to Plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. On filing the certificate of sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property.

7. The Court finds that pursuant to its loan documents and Florida law, Plaintiff may apply the $302,575.62 in lockbox rents towards the balance of the loan, as set forth in paragraph 1 above. Additionally, to the extent any excess funds remain from the state court receivership of Orlando Abella at the time of his final accounting filed with this Court, if any, said excess funds may be applied to Plaintiff's loan balance. Alternatively, if there remains a deficiency from the state court receivership requiring Plaintiff to fund additional advances to the receiver, any such funds shall be added to Plaintiff's loan balance as a protective advance.

8. Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, issuance of writs of possessions, entry of deficiency judgments, and actions for re-foreclosure.

9. NOTICE PURSUANT TO SECTION 45.031, Fla. Stat.:

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, IF ANY, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN THE DATE THAT THE CLERK REPORTS THE FUNDS AS UNCLAIMED. IF YOU FAIL TO FILE A TIMELY CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

CASE NO. 2023-026121-CA 01

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, this _____ day of _____, 2024.

_____
Miami-Dade County Circuit Court Judge

### SERVICE LIST

299 Alhambra, LLC
Law Offices of Paul A. Humbert, P.L.
9655 South Dixie Highway
Suite 312
Miami, FL 33156
pa@pahumbertlaw.com

Goodkind & Florio, P.A. on behalf of Defendant CG Office SPE, LLC
kenneth@goodkindandflorio.com; natalie@goodkindandflorio.com; Brian@goodkindandflorio.com; Vanessa@goodkindandflorio.com

Shahady & Wurtenberger, P.A. on behalf of Defendant Rishi Kapoor
feigeles@swlawyers.law

Daniels, Rodriguez, Berkeley, Daniels & Cruz, P.A. on behalf of Defendant Paredes Architects, Inc.
jcruz@drbdc-law.com; SERVICE-JLC@drbdc-law.com; eligonzalez@drbdc-law.com

GCC Law Center, LLC on behalf of Defendant City of Coral Gables
info@gcclawcenter.com; gigi@gcclawcenter.com

FORS Legal on behalf of Defendant Express Travel of Miami, Inc. (Unknown Tenant #1)
info@forslegal.com; jfors@forslegal.com

Julio A. de Armas P.A. on behalf of Defendant Arturo O. Herrera D.M.D. P.A. (Unknown Tenant #2)
eservice@dearmaslawpa.com; Jdearmas@dearmaslawpa.com

Yelen Yelen & Simon, P.A. on behalf of Defendant Law Office of Michael J. Feldman, P.A. (Unknown Tenant #10)
jyelen@yelen-yelen.com

FORS Legal on behalf of Defendant Caribros, LLC (Unknown Tenant #11)
info@forslegal.com; jfors@forslegal.com

Richard I. Korman, P.A. on behalf of Defendant Infotechsoft, Inc. (Unknown Tenant #14)

richard@richardikorman.com

Unknown Tenant #15
n/k/a Sandra L. Brand DDS, P.A.
299 Alhambra Circle
Suite #301
Coral Gables, Fl 33134

Unknown Tenant #17
n/k/a Padgett Business Services
299 Alhambra Circle
Suite #307
Coral Gables, Fl 33134

The Dumbar Law Center on behalf of Defendant Ted B. Cunliffe, PHD, LLC
(Unknown Tenant #18)
Sahr@Dumbarlaw.com

Unknown Tenant #19
n/k/a Elemental Living
299 Alhambra Circle
Suite #315
Coral Gables, Fl 33134

Unknown Tenant #21
n/k/a Bay 13 Brewery & Kitchen a/k/a Melbourne Hospitality Group
299 Alhambra Circle
Suite #316
Coral Gables, Fl 33134

Unknown Tenant #26
n/k/a DTN, Inc.
299 Alhambra Circle
Suite #317
Coral Gables, Fl 33134

Unknown Tenant #28
n/k/a Jubidental Services Corp.
299 Alhambra Circle
Suite #202
Coral Gables, Fl 33134

Unknown Tenant #31
n/k/a Gables Exceptional Smiles
299 Alhambra Circle
Suite #207 & 208

CASE NO. 2023-026121-CA 01

Coral Gables, Fl 33134

Unknown Tenant #33
n/k/a Periodontology Implant Dentistry a/k/a Del Amo & Mellado
299 Alhambra Circle
Suite #211
Coral Gables, Fl 33134

Unknown Tenant #34
n/k/a Polyclinic Health Center
299 Alhambra Circle
Suite #210
Coral Gables, Fl 33134

Unknown Tenant #36
n/k/a Evelyn Lopez-Brignono, M.D. and Associates
299 Alhambra Circle
Suite #218
Coral Gables, Fl 33134

Unknown Tenant
n/k/a Mariamilagros Sardia, D.D.S
299 Alhambra Circle
Suite #205/206
Coral Gables, Fl 33134

Unknown Tenant
n/k/a Lift Vida Pilates & Gyrotonic
299 Alhambra Circle
Suite #219/222
Coral Gables, Fl 33134

Unknown Tenant
n/k/a Lage Construction, Inc.
299 Alhambra Circle
Suite #223
Coral Gables, Fl 33134

Unknown Tenant
n/k/a Miami Volume
299 Alhambra Circle
Suite #314
Coral Gables, Fl 33134

Unknown Tenant
n/k/a Civilized Nations

299 Alhambra Circle  
Suite #318  
Coral Gables, Fl 33134

The Dumbar Law Center on behalf of Defendant The Hansen Law Firm, P.A. (Suite #321)  
Sahr@Dumbarlaw.com

Unknown Tenant  
n/k/a Acupuncture & Chinese Medicine  
299 Alhambra Circle  
Suite #402  
Coral Gables, Fl 33134

Unknown Tenant  
n/k/a ARC Gables Consulting LLC  
299 Alhambra Circle  
Suite #404  
Coral Gables, Fl 33134

Unknown Tenant  
n/k/a ANFRA Business Solutions  
299 Alhambra Circle  
Suite #418  
Coral Gables, Fl 33134

Unknown Tenant  
n/k/a Interamerican Alliance  
299 Alhambra Circle  
Suite #402/503  
Coral Gables, Fl 33134

Unknown Tenant  
n/k/a Photo Xpeditions  
299 Alhambra Circle  
Suite #519  
Coral Gables, Fl 33134