UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22 - CR - 20340 - Williams

United States

v.

Masphal Kry

**DO NOT DESTROY
OR REMOVE FROM
COURTROOM**

JURY QUESTION

1) Are the performance of acts within the ordinary course of an existing employer/employee relationship sufficient to establish an agreement among alleged co-conspirators as a matter of law?

FOREPERSON

3/21/2024
Date

RESPONSE OF THE COURT

Please refer to my instructions to you on conspiracy at pages 15 through 19 of the instruction packet. But remember, you should not single out any one instruction alone as stating the law, but should consider all of my instructions as a whole.

THE HONORABLE KATHLEEN M. WILLIAMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20340-Williams

United States
of America

v.

Masphalkry.

**_DO NOT DESTROY_**
**_OR REMOVE FROM_**
**_COURTROOM_**

JURY QUESTION

we would like to break for the day.

_____
FOREPERSON

_Date_  3/21/2024

_____

RESPONSE OF THE COURT

_____
THE HONORABLE KATHLEEN M. WILLIAMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20340-Williams

UNITED STATES

**_DO NOT DESTROY
OR REMOVE FROM
COURTROOM_**

v.

MASPHAL KRY

3/22/2024

JURY QUESTION

WE ARE UNABLE TO COME TO A
UNANIMOUS DECISION ON BOTH COUNTS.

_____
FOREPERSON

3/22/2024
_____
Date

_____

RESPONSE OF THE COURT

We are unsure of your meaning:
do you have a verdict as to one count?
or neither count?

_____
THE HONORABLE KATHLEEN M. WILLIAMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   3/22/2024

22-CR-20340-Williams

United States

**_DO NOT DESTROY_**
**_OR REMOVE FROM_**
**_COURTROOM_**

v.

Marshal Kry

JURY QUESTION

We do not have a decision on ~~count~~ Count. one
we have agreement on Count two

_____
FOREPERSON

3/22/2024
_____
Date

RESPONSE OF THE COURT

Please continue your deliberations.

_____
THE HONORABLE KATHLEEN M. WILLIAMS